**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| GEWING BRAND, | ) | Case No: 4:05CV3194 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| WILLIAM BILL GIBSON, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #10, labeled S10A and S10B, be returned to George R. Love, counsel for Respondent, for appropriate disposition.  The State Court Records may be picked up in the U.S. District Court Clerk's Office, Lincoln, Nebraska.

DATED this 30th day of July, 2007.

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge